**Order entered July 20, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00314-CV

## IN RE SCOTT PELLEY, P.C., SCOTT PELLEY, AND THE PELLEY FAMILY LIMITED PARTNERSHIP, Relators

**Original proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-11-1026**

### ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Before the Court is relators' May 3, 2021 petition for writ of mandamus in which relators challenge the trial court's failure to rule on relators' request for order to return $400,000 deposit in lieu of bond wrongfully distributed by the district clerk and motion for entry of amended judgment for damages. The Court requests that real parties in interest and respondent file a response, if any, to the petition for writ of mandamus by **August 9, 2021**.

/s/    LANA MYERS
             JUSTICE